UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RIVERS BEND RV RESORT
AND CAMPGROUND, LLC,

    Plaintiff,

CASE No. 2:23-CV-107

v.

HON. ROBERT J. JONKER

SPECTRUM MID-AMERICA, LLC,

    Defendant.
_____/

### ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 15, 2024 (ECF No. 33). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 33) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Spectrum's Motion to Dismiss (ECF No. 24) is **GRANTED.** This case is **CLOSED.**

A separate Judgment shall enter.

**IT IS SO ORDERED.**


Dated:  August 30, 2024            /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    UNITED STATES DISTRICT JUDGE